1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11  DENICE TARKINGTON,                    )  Case No.: 1:17-cv-0072- JLT
                                          )
12              Plaintiff,                )  ORDER GRANTING EXTENSION OF TIME
                                          )
13       v.                               )  (Doc. 11)
                                          )
14  NANCY A. BERRYHILL[1],                )
    Acting Commissioner of Social Security, )
15                                        )
                Defendant.                )
16

17       The parties filed a stipulation for an extension of time for Plaintiff to serve her confidential

18  letter brief, extending the deadline to July 16, 2016.  (Doc. 11)  Notably, the Scheduling Order permits

19  a single extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by

20  either party.  Accordingly, the Court **ORDERS**:

21       1.      The request for an extension of time is **GRANTED**; and

22       2.      Plaintiff **SHALL** serve a confidential letter brief, and file proof of service, no later than

23       **July 19, 2017**.

24

25  IT IS SO ORDERED.

26       Dated:   __July 7, 2017__              _____/s/ Jennifer L. Thurston__
27                                             UNITED STATES MAGISTRATE JUDGE

28
     _____
          [1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal
     Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.