1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11 | DENICE L. TARKINGTON, ) Case No.: 1:17-cv-0072 - JLT

12 |        Plaintiff, ) ORDER DISCHARGING THE ORDER TO SHOW

13 |       v. ) CAUSE DATED SEPTEMBER 8, 2017 (Doc. 15)

14 | NANCY A. BERRYHILL[1], )
Acting Commissioner of Social Security, )

15 |        Defendant. )

16 | _____ )

17       On September 8, 2017, the Court ordered Plaintiff to show cause why sanctions should not be

18 imposed for failure to prosecute and failure comply with Court's order requiring the filing of an

19 opening brief. (Doc. 15) In the alternative, Plaintiff was directed to file her opening brief within

20 fourteen days. (*Id.* at 2) In response to the Court's order, Plaintiff filed her opening brief on

21 September 22, 2017. (Doc. 16)

22       Based upon the foregoing, **the Court ORDERS** that the order to show cause dated September

23 6, 2017 (Doc. 15) is **DISCHARGED**.

24

25 IT IS SO ORDERED.

26     Dated:   **September 29, 2017**        **/s/ Jennifer L. Thurston**

27                                    UNITED STATES MAGISTRATE JUDGE

28

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.