**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DENICE TARKINGTON, | ) | Case No.: 1:17-cv-0072 - JLT |
| | ) | |
| Plaintiff, | ) | ORDER SETTING A BRIEFING SCHEDULE ON |
| | ) | PLAINTIFF'S MOTION FOR ATTORNEY FEES |
| v. | ) | |
| | ) | (Doc. 22) |
| NANCY A. BERRYHILL[1], | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 25, 2018, Plaintiff filed a motion for attorney fees pursuant to the Equal Access to Justice Act. (Doc. 22) To date, the Commissioner has not filed a response to the motion, or filed a notice of non-opposition. Accordingly, the Court **ORDERS**:

    1.    Defendant **SHALL** file any opposition, or a notice of non-opposition, no later than **July 13, 2018**; and

    2.    Any reply by Plaintiff **SHALL** be filed no later than **July 20, 2018**.

IT IS SO ORDERED.

    Dated:  __June 26, 2018__               __/s/ Jennifer L. Thurston__
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant in this action.

1